1 | ADRIENNE C. PUBLICOVER (SBN 161432)
  | CHARAN M. HIGBEE (SBN 148293)
2 | REBECCA L. CROSBY (SBN 221241)
  | WILSON, ELSER, MOSKOWITZ,
3 | EDELMAN & DICKER LLP
  | 650 California Street, 14th Floor
4 | San Francisco, California 94108-2718
  | Telephone:   (415) 433-0990
5 | Facsimile:   (415) 434-1370

6 | Attorneys for Defendant,
  | THE PRUDENTIAL INSURANCE
7 | COMPANY OF AMERICA

8 | LAURENCE F. PADWAY (SBN 89314)
  | LAW OFFICES OF LAURENCE F. PADWAY
9 | 1516 Oak Street, Suite 109
  | Alameda, CA 94501
10 | Telephone: (510) 814-0680
   | Facsimile: (510) 814-0650

11 |
   | Attorneys for Plaintiff,
12 | GLEN LOBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GLEN LOBAN, | ) Case No.: C 04 3582 SBA |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND TIME FOR HEARING ON MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) Date:  N/A |
| Defendant. | ) Time:  N/A  Location: Courtroom 3, 3rd Floor |
| | ) The Hon. Saundra Brown Armstrong |

This Stipulation is entered into by and between plaintiff GLEN LOBAN ("Plaintiff"), by and through his counsel of record, Laurence Padway, and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential" or "Defendant"), by and through its counsel of record, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP:

/ / /

1

JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE

CASE NO. C 04 3582 SBA

159748.1

## RECITALS

1. Plaintiff filed the instant lawsuit alleging a cause of action under ERISA for Prudential's alleged wrongful failure to pay long-term disability benefits to Plaintiff.

2. On February 16, 2005, counsel appeared for a Status Conference, and the Court issued an Order wherein dispositive motions were ordered to be heard on or before July 26, 2005.

3. Trial currently is set for October 12, 2005.

4. On June 21, 2005, Prudential intends to file a Motion for Summary Judgment. Prior to filing this Motion for Summary Judgment, Prudential's counsel was informed that the hearing date of July 26, 2005 is not available with the Court. Prior to filing its Motion for Summary Judgment, Prudential's counsel also met and conferred with counsel for plaintiff. During the meet and confer process, plaintiff's counsel informed Prudential's counsel that plaintiff desired to file a cross-motion for summary judgment that would be set for hearing at the same time as Prudential's Motion for Summary Judgment.

5. The parties have agreed to a continuance of the current motion cut-off date, July 26, 2005, so that cross-motions for summary judgment may be heard in the action and on the same date. The parties have agreed to a hearing date of September 6, 2005, September 13, 2005 or September 20, 2005 for the cross-motions for summary judgment

6. The parties do not anticipate that this requested continuance will have any affect on the remainder of the schedule for this case.

## STIPULATION

Based upon the foregoing, Plaintiff and Prudential hereby stipulate as follows:

Counsel for the parties have agreed to a continuance of the current July 26, 2005 motion cut off-date. The parties prefer the earliest hearing date available in September 2005. All counsel are

2

JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE

CASE NO. C 04 3582 SBA

159748.1

1 available on September 6, 2005, September 13, 2005 or September 20, 2005, at 1:00 p.m.

**SO STIPULATED AND AGREED:**

                          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June 21, 2005      By: _____
                                ADRIENNE C. PUBLICOVER
                                CHARAN M. HIGBEE
                                REBECCA LABAT CROSBY
                                Attorneys for Defendant
                                THE PRUDENTIAL INSURANCE COMPANY
                                OF AMERICA

                              LAW OFFICES OF LAURENCE F. PADWAY

Dated: June 21, 2005      By: _____/ s /_____
                                LAURENCE F. PADWAY
                                Attorney for Plaintiff GLEN LOBAN

**HAVING READ AND CONSIDERED THE STIPULATION OF THE PARTIES ABOVE, IT IS ORDERED AS FOLLOWS:**

The current motion cut-off date of July 26, 2005 hereby is continued to September 13, 2005.

The parties cross-motions for summary judgment shall be set for hearing on September 13, 2005.

DATED: 6/23/05                        /s/ SAUNDRA BROWN ARMSTRONG
                                      **Hon. Saundra Brown Armstrong**
                                      United States District Court

JOINT STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING DATE

CASE NO. C 04 3582 SBA

159748.1