IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LOBAN, | No. C 04-03582-SBA |
| Plaintiff, | |
| v. | **ORDER** |
| | [Docket No. 30] |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | |
| Defendant. | |

On June 21, 2005 Defendant filed a Motion for Summary Judgment [Docket No. 18] in the above-captioned matter.[1] On August 9, 2005, Plaintiff filed its own Motion for Summary Judgment [Docket No. 29] and was informed that the date that he wished his motion to be heard, September 13, 2005, was no longer available. On August 16, 2005, Plaintiff filed a Stipulation and *Ex Parte* Application for Order Setting Hearing on Plaintiff's Motion for Summary Judgment ("*Ex Parte* Application") [Docket No. 30]. In the *Ex Parte* Application Plaintiff requests that the Court allow Plaintiff's Motion for Summary Judgment be heard on September 13, 2005.

---

[1] On July 8, 2005 Defendant re-noticed its motion for summary judgment [Docket No. 26.] for hearing by this Court on September 13, 2005.

1  Good cause appearing,

2  IT IS HEREBY ORDERED THAT Plaintiff's *Ex Parte* Application [Docket No. 30] is
3  GRANTED.  The hearing on both Plaintiff's and Defendant's motions for summary judgment will take place
4  on **September 13, 2005 at 1:00 p.m.**  The Court, in its discretion, may adjudicate the motion without a
5  hearing, in which case the Clerk will notify the parties that no appearance is necessary.

6  IT IS FURTHER ORDERED THAT the Pre-Trial Conference in this matter is continued from
7  **October 4, 2005 at 1:00 p.m.** to **October 11, 2005 at 1:00 p.m.**  All other dates not explicitly
8  referenced herein shall remain the same.

10  IT IS SO ORDERED.

13  Dated: 8-22-05

_Saundra B. Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

2