**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| GLEN LOBAN, | No. C 04-3582 SBA |
| Plaintiff, | **BRIEFING ORDER** |
| v. | |
| PRUDENTIAL INSURANCE CO. OF AMERICA, | |
| Defendant. | |

On October 12, 2005, a bench trial was conducted in this matter. *See* Docket No. 60. Findings of fact and conclusions of law were issued on December 2, 2005, and judgment entered on January 4, 2006. *See* Docket Nos. 64, 67.

On January 2, 2008, the Ninth Circuit Court of Appeals issued a memorandum opinion reversing and remanding this case for further consideration. Specifically, this action has been remanded "for consideration anew on the issue of whether travel was a material and substantial duty of Loban's regular occupation." Further consideration is also necessary on whether plaintiff Loban was disabled from May 12, 2002 through February 12, 2003, and, if so, whether the plaintiff remained disabled.

Accordingly, the parties are instructed to provide additional briefing, of no more than twenty-five pages, on the issues identified in the January 2, 2008 memorandum opinion. The parties are directed to provide initial briefs by March 7, 2008. The parties may file responsive briefs, if they so choose, of no more than fifteen pages, by April 7, 2008.

IT IS SO ORDERED.

January 10, 2008

Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge