1  LAURENCE F. PADWAY (SBN 083914)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorney for Plaintiff
5  GLEN LOBAN

6
   ADRIENNE C. PUBLICOVER (SBN 161432)
7  CHARAN M. HIGBEE (SBN 148293)
   WILSON, ELSER, MOSKOWITZ,
8    EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, California 94105
   Telephone: (415) 433-0990
10 Facsimile: (415) 434-1370

11 Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
12 COMPANY OF AMERICA

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| GLEN LOBAN, | ) Case No.: CV04-03582 SBA |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE BRIEFING SCHEDULE** |
| v. | ) |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) Courtroom : 3 |
| | ) Honorable Saundra Brown Armstrong |
| Defendant. | ) |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Glen Loban and defendant Prudential Insurance Company of America, through their attorneys of record, as follows:

---

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE**
USDC NDCA Case No. CV04-03582 SBA
325481.1

1. That the briefing schedule set forth in the Court's January 10, 2008 Briefing Order shall be continued for 30 days;

2. Good cause exists for a 30-day continuance of the briefing schedule because the parties currently are discussing settlement. The parties desire to focus on settlement negotiations and to avoid further costs, related to preparing court filings, while they explore settlement; and

3. That the continued briefing schedule shall be as follows:

   a) Initial briefs, relating to the matters set forth in the Court's January 10, 2008 Briefing Order, shall be filed on or before April 7, 2008.

   b) Responsive briefs, if any, shall be filed on or before May 7, 2008.

Date: February____, 2008   LAW OFFICE OF LAURENCE F. PADWAY

By:_____
LAURENCE F. PADWAY
Attorneys for Plaintiff
GLEN LOBAN

Date: February____, 2008   WILSON, ELSER, MOSKOWITZ,
                           EDELMAN & DICKER LLP

By:_____
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 2/27/08         _/s/ Saundra B. Armstrong_
                      HONORABLE SAUNDRA BROWN ARMSTRONG
                      UNITED STATES DISTRICT JUDGE