LAURENCE F. PADWAY  (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:	(510) 814-0680
Facsimile:	(510) 814-0650

Attorney for Plaintiff
GLEN LOBAN


ADRIENNE C. PUBLICOVER  (SBN 161432)
CHARAN M. HIGBEE  (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:	(415) 433-0990
Facsimile:	(415) 434-1370

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN LOBAN,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>        Defendant. | Case No.:     CV04-03582 SBA<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE BRIEFING SCHEDULE**<br><br>Courtroom    :      3<br>Honorable Saundra Brown Armstrong |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Glen Loban and defendant Prudential Insurance Company of America, through their attorneys of record, as follows:

---

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE**
USDC NDCA Case No. CV04-03582 SBA
325481.1

1. That the briefing schedule set forth in the Court's January 10, 2008 Briefing Order shall be continued for 30 days;

2. Good cause exists for a 30-day continuance of the briefing schedule because the parties currently are discussing settlement. The parties desire to focus on settlement negotiations and to avoid further costs, related to preparing court filings, while they explore settlement; and

3. That the continued briefing schedule shall be as follows:

    a) Initial briefs, relating to the matters set forth in the Court's January 10, 2008 Briefing Order, shall be filed on or before April 7, 2008.

    b) Responsive briefs, if any, shall be filed on or before May 7, 2008.

Date: February_____, 2008    LAW OFFICE OF LAURENCE F. PADWAY

By:_____
    LAURENCE F. PADWAY
    Attorneys for Plaintiff
    GLEN LOBAN

Date: February_____, 2008    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

By:_____
    ADRIENNE C. PUBLICOVER
    CHARAN M. HIGBEE
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE COMPANY OF
    AMERICA

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:2/27/08    _*Saundra B Armstrong*_
    HONORABLE SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE