1 | LAURENCE F. PADWAY (SBN 083914)
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, CA 94501
3 | Telephone: (510) 814-6100
Facsimile:  (510) 814-0650
4

David J. Linden (SBN 041221)
5 | P.O. Box 5780
Napa, California 94581
6 | Telephone:  (707) 252-7007
Facsimile:   (707) 252-7883
7

Attorneys for Plaintiff,
8 | GLEN LOBAN

9

ADRIENNE C. PUBLICOVER (SBN 161432)
10 | CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
11 | 525 Market Street, 17th Floor
San Francisco, California 94105
12 | Telephone: (415) 433-0990
Facsimile:  (415) 434-1370
13

Attorneys for Defendant
14 | THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GLEN LOBAN, | No. CV04-03582 SBA |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA. | Courtroom: 3
Honorable Saundra Brown Armstrong |
| Defendant. | |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Glen Loban and defendant Prudential Insurance Company of America, through their attorneys of record, as follows:

Stipulation and (Proposed) Order
re Briefing Schedule                           1

1. That the briefing schedule stipulated to on February 25, 2008 be extended for one week.

2. Good cause exists for a one week continuance because settlement negotiations are continuing between the parties.

3. That the continued briefing schedule shall be as follows:

    a) Initial briefs, relating to the matters set forth in the Court's January 10, 2008 Briefing order, shall be filed on or before April 14, 2008.

    b) Responsive briefs, if any, shall be filed on or before May 14, 2008.

Dated: April 7, 2008

_____
Laurence F. Padway
Attorney for plaintiff Glen Loban

Dated: April 7, 2008

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

_____
Adrienne C. Publicover
Charan M. Higbee
Attorneys for defendant The Prudential
                Insurance Company of America

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/8/08                    *Saundra B Armstrong*
                                    Hon. Saundra Brown Armstrong
                                    United States District Judge