| | |
|---|---|
| 1 | LAURENCE F. PADWAY (SBN 083914) |
| | LAW OFFICES OF LAURENCE F. PADWAY |
| 2 | 1516 Oak Street, Suite 109 |
| | Alameda, CA  94501 |
| 3 | Telephone:     (510) 814-6100 |
| | Facsimile:      (510) 814-0650 |
| 4 | |
| | DAVID J. LINDEN  (SBN 041221) |
| 5 | P.O. Box 5780 |
| | Napa, CA  94581 |
| 6 | Telephone:     (707) 252-7007 |
| | Facsimile:      (707) 252-7883 |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | GLEN LOBAN |

ADRIENNE C. PUBLICOVER  (SBN 161432)
CHARAN M. HIGBEE  (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN LOBAN, | ) | Case No.:     CV04-03582 SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE AND PROPOSED ORDER** |
| v. | ) | **THEREON** |
| | ) | **[F.R.C.P. Rule 41(a)]** |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | Courtroom       :       3 |
| Defendant. | ) | Honorable Saundra Brown Armstrong |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case No. CV04-03582 SBA
352145.1

   **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Glen Loban and defendant The Prudential Insurance Company of America, acting through their attorneys of record, that the above-entitled action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Date: May 22, 2008                          LAW OFFICES OF LAURENCE F. PADWAY


                                            By:_____/s/ Laurence F. Padway_____
                                                  LAURENCE F. PADWAY
                                                  Attorneys for Plaintiff
                                                  GLEN LOBAN


Date: May 22, 2008                          WILSON, ELSER, MOSKOWITZ,
                                                  EDELMAN & DICKER LLP


                                            By:_____/s/ Charan M. Higbee_____
                                                  ADRIENNE C. PUBLICOVER
                                                  CHARAN M. HIGBEE
                                                  Attorneys for Defendant
                                                  THE PRUDENTIAL INSURANCE COMPANY OF
                                                  AMERICA


                                            **ORDER**

**IT IS SO ORDERED.**

Date: May __27__, 2008                      _____
                                                  Honorable Saundra Brown Armstrong
                                                  UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case No. CV04-03582 SBA
352145.1

# CERTIFICATE OF SERVICE
*Loban v. Prudential Insurance Company of America*
USDC NDCA Case #CV04-03582 SBA

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH
PREJUDICE AND PROPOSED ORDER THEREON [F.R.C.P. Rule 41(a)]**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

| | |
|---|---|
| Laurence F. Padway, Esq. | David J. Linden, Esq. |
| L/O OF LAURENCE F. PADWAY | P.O. Box 5780 |
| 1516 Oak Street, Suite 109 | Napa, CA 94581 |
| Alameda, CA 94501 | Telephone: (707) 252-7007 |
| Tel: (510) 814-0680 | Facsimile: (707) 252-7883 |
| Fax: (510) 814-0650 | |
| | *Attorneys for Plaintiff* |
| *Attorney for Plaintiff* | **GLEN LOBAN** |
| **GLEN LOBAN** | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **May 22, 2008**, at San Francisco, California.



Nancy Li

---

2
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case No. CV04-03582 SBA
352145.1